WALTER K. WARD et al., Respondents, *v.* ANNIE P. WARD, Appellant, Impleaded with Others.

*Ward* v. *Ward*, 169 App. Div. 904, affirmed.

(Argued November 21, 1917; decided December 11, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 6, 1915, affirming a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury in an action of ejectment to recover possession of certain real property. Cecelia M. Ward died seized and possessed of the *locus in quo* on November 3, 1906, leaving her surviving her husband, John G. Ward, and the five parties to this action other than appellant, her children. She made a will devising all her property to her husband " for and during the term of his natural life " and upon his death she devised it in five equal parts to her children. She then made her husband executor and gave him power to sell all her real estate " upon such terms and conditions as he may consider for the best interest of my estate." Her surviving husband qualified as executor and trustee and entered into the possession of the premises upon her death and occupied the same for and during the term of his natural life. He died July 17, 1913. In the fall of 1908 he had married appellant. Before the marriage and in 1907, on the 8th of April, he made and delivered unto his son, the defendant Raymond Ward, a deed of the *locus in quo*, reciting in it that he conveyed the same individually and as trustee and executor of the will and for $4,000. Upon the death of the life tenant his wife, the defendant, appellant, took possession of the premises claiming under an alleged deed from Raymond Ward and has since refused to give up the possession thereof.

*Edgar T. Brackett* and *William E. Bennett* for appellant.

*Andrew J. Nellis* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ.